JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

578 — In re Penn Square Bank Certificate of Deposit Litigation

| Date | | Description |
|---|---|---|
| 83/12/02 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, AND CERT. OF SVC. -- Professional Asset Management, Inc. -- SUGGESTED TRANSFEREE DISTRICT: W.D. Oklahoma  SUGGESTED TRANSFEREE JUDGE: Honorable Lee R. West  (emh) |
| 83/12/05 | | AMENDED CERT. OF SVC. -- to include service on clerks -- (pldg. #1) Prof. Asset Management, Inc.  (emh) |
| 83/12/12 | | APPEARANCES -- Gary M. Georgeff for Wood Products Credit Union; William E. Hegarty for Peat, Marwick, Mitchell & Co., James D. Blanton & C. Dean York; Robert Schraner for Sun Capital Management, Inc., David L. Wells & James J. Whelan; Andrew B. Weissman for Ronald H. Burks; John K. Villa for Carl W. Swan; Philip F. Horning for Richard T. Dunn; David T. Hedges, Jr. for Elizabeth Merrick Coe, W.A. Ross, Gary M. Cook, Richard C. Haugland, Jerry Richardson, Gene H. Smelser, Ken Kenworthy & James G. Randolph  (emh) |
| 83/12/13 | | APPEARANCES: Arthur R. Angel for Jax Navy Federal Credit Union; Richard B. Talley for Eldon L. Beller; John N. Goodman for John R. Preston; Gary R. Underwood for C.F. "Tag" Kimberling; Michael L. Bardrick for First United Fund; William G. Patterson for Warren F. Bickford; James A. Kirk for Bill Stubbs; Charles C. Green for Bill P. Jennings  (emh) |
| 83/12/19 | 2 | RESPONSE -- Wood Products Credit Union -- w/cert. of svc. (jsj) |
| 83/12/19 | 3 | RESPONSE -- APCO Employees Credit Union and Family Security Credit Union -- w/cert. of svc.  (jsj) |
| 83/12/19 | | HEARING ORDER -- Setting Motion of Professional Asset Management, Inc. for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 83/12/19 | 4 | RESPONSE -- deft. Peat, Marwick, Mitchell & Co. w/cert. of svc. (ds) |
| 83/12/20 | | APPEARANCES -- Geroge B. Azar, Esq. for Maxwell-Gunter Federal Credit Union; W. Eugene Rutledge for APCO Employees Credit Union and Family Security Credit Union; Ross Arbiter, Esq. for Professional Asset Management, Inc., James C. Chaffee, William A. Goldsmith, Ronald P. James, Stephen L. Roe, Susan Holly and Judith A. Davidson; Kevin Driskill, Esq. for Marvin K. Margo                                            rew |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/12/19 | 5 | RESPONSE -- pltfs. Jax Navy Federal Credit Union, et al. w/cert. of svc. (ds) |
| 83/12/20 | 6 | REQUEST FOR EXTENSION OF TIME -- filed by Federal Deposit Insurance Corp., etc. -- Extension DENIED. Notified involved counsel. (ds) |
| 83/12/21 | 7 | RESPONSE -- deft. H. Mead Norton w/cert. of svc. (ds) |
| 83/12/23 | 8 | RESPONSE -- Richard T. Dunn -- w/cert. of svc. (jsj) |
| 83/12/27 | 9 | RESPONSE -- First United Fund -- w/cert. of svc. (jsj) |
| 83/12/28 | 10 | RESPONSE -- Penn Square Bank, N.A. -- w/cert. of svc. (emh) |
| 83/12/28 | 11 | RESPONSE/MEMORANDUM -- Federal Deposit Insurance Corp. -- w/cert. of svc. (emh) |
| 83/12/30 |  | APPEARANCE -- Ronald Ricketts for FDIC and Penn Square Bank; Harold M. Durall for Frank Murphy (emh) |
| 83/12/30 | 12 | RESPONSE -- Bill Stubbs -- w/cert. of svc. (emh) |
| 84/01/04 | 13 | REPLY BRIEF -- pltf. Professional Asset Management, Inc. w/exhibits A thru D and cert. of svc. (ds) |
| 84/01/23 |  | HEARING APPEARANCES: K. PHILLIP KNIERIM, ESQ. for Professional Asset Management, Inc., et al.; MATTHEW W. CHAPMAN, ESQ. GARY M. GEORGEFF, ESQ. for Wood Products Credit Union; RONALD N. RICKETS, ESQ. for FDIC as Receiver for Penn Square Bank, N.A. and Penn Square Bank, N.A. (cds) |
| 84/01/23 |  | WAIVERS OF ORAL ARGUMENT: Maxwell-Gunter Federal Credit Union; Marvin K. Margo; Eldon L. Beller; Sun Capital Management, Inc.; David L. Wells; James J. Whelan; Jax Navy Federal Credit Union, Pinellas County Teachers Credit Union; Bill Jennings; Richard T. Dunn; Frank L. Murphy; John R. Preston; H. Mead Norton; Carl W. Swan; Elizabeth Merrick Coe, W.A. Ross; Gary M. Cook, Richard C. Haugland, Jerry Richardson, Gene H. Smelser, Ken Kenworthy and James G. Randolph; Mr. Ronald H. Burks; C.F. "Tag" Kimberling; Bill Stubbs; Bill G. Patterson; First Penn Corp.; First United Fund; Peat, Marwick, Mitchell & Co., James D. Blanton, C. Dean York (cds) |
| 84/01/23 |  | HEARING APPEARANCE: EDWARD H. KELLOGG, JR., ESQ. for Robert D. Maier (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 578 --

| Date | Pldg. | Description |
|---|---|---|
| 84/01/24 | 14 | SUPPLEMENTAL RESPONSE -- Federal Deposit Insurance Corp. w/cert. of svc. (ds) |
| 84/02/15 | 15 | LETTER (regarding recent developments) -- signed by K. Phillip Knierim on behalf of Professional Assets Management, Inc. (PAM) (cds) |
| 84/02/22 | 16 | LETTER (re pldg. 15) -- signed by William E. Hegarty, counsel for Peat, Marwick, Mitchell & Co. -- w/service (cds) |
| 84/02/24 | | CERTIFICATE OF SERVICE -- Professional Assets Management, Inc. -- (attached to pldg. 15) (cds) |
| 84/03/01 | | AMENDMENT TO CERTIFICATE OF SERVICE -- Professional Assets Management, Inc. -- (attached to pldg. 15) (cds) |
| 84/03/06 | 17 | LETTER (responding to pldg. 16) -- signed by K. Phillip Knierim on behalf of Professional Assets Management, Inc. -- w/cert. of service (cds) |
| 84/03/07 | 18 | LETTER (Re: PAM's 2/14/84 letter; PLDG. No. 15) -- Federal Deposit Insurance Corp. -- w/cert. of svc. (emh) |
| 84/05/16 | 19 | LETTER (advising panel of dismissal of A-4, and movants subsequent withdrawal of its motion) -- signed by Ross A. Arbiter, Esq. for Professional Asset Management, Inc. (cds) |
| 84/05/22 | | ORDER DEEMING MOTION WITHDRAWN -- Notified involved counsel, judges and clerks. (ds) |

JRML Form 1

Revised: 8/78

DOCKET NO. 578 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PENN SQUARE BANK CERTIFICATE OF DEPOSIT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

### Special Transferee Information

DATE CLOSED: 5/23/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 578 -- In re Penn Square Bank Certificate of Deposit Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Maxwell-Gunter Federal Credit Union v. Professional Asset Management, Inc., et al. | W.D.OK M.D.Ala. ~~Varner~~ THompson | ~~83-V-823-N~~ 83-31177 | | | | 1404 to W.OK |
| A-2 | APCO Employees Credit Union v. Sun Capital Management, Inc., et al. | N.D.Ala. Pointer | CV-83-P-2760S | | | 1/4/84 R&SICt | Jan 6, 84 c/1/84 |
| A-3 | Family Security Credit Union v. Professional Asset Management, Inc., et al. | N.D.Ala. Pointer | CV-83-P-2761S | | | 1/4/84 R&SICt | Jan 6, 84 4/1/84 |
| A-4 | Wood Products Credit Union v. Professional Asset Management Inc., et al. | D.Oreg. Burns | 83-6329-E | | | 5/7/84 D | |
| A-5 | Professional Asset Management, Inc. v. Penn Square Bank, N.A., et al. | W.D.Okla. West | CIV-82-1357-W | | | | |
| A-6 | Jax Navy Federal Credit Union, et al. v. Penn Square Bank, N.A., et al. | W.D.Okla. ~~Thompson~~ | CIV-83-1583-T | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 578 -- IN RE PENN SQUARE BANK CERTIFICATES OF DEPOSIT LITIGATION

p.1

Revised 12/20/83

MAXWELL-GUNTER FEDERAL
  CREDIT UNION (A-1)
George B. Azar, Esquire
Azar, Campbell & Azar
260 Washington Avenue
Montgomery, Alabama 36103

*Remanded*

APCO EMPLOYEES CREDIT UNION (A-2)
FAMILY SECURITY CREDIT UNION (A-3)
W. Eugene Rutledge, Esquire
1300 Brown Marx Tower
Birmingham, Alabama 35203

WOOD PRODUCTS CREDIT UNION (A-4)
Gary M. Georgeff, Esquire
Suite 770
1515 S.W. Fifth Avenue
Portland, Oregon 97201

PROFESSIONAL ASSET MANAGEMENT,
  INC. (A-5)
K. Phillip Knierim, Esquire
Gordon, Weinberg & Zipser
1901 Avenue of the Stars
Suite 800
Los Angeles, California 90067

213 277 8222

JAX NAVY FEDERAL CREDIT
  UNION, ET AL. (A-6)
Arthur R. Angel, Esquire
Frederickson, Merrick & Patton
2700 First City Place
Oklahoma City, Oklahoma 73102

PROFESSIONAL ASSET MANAGEMENT,
  INC. (Same as A-5)
JAMES C. CHAFFEE
WILLIAM A. GOLDSMITH
RONALD P. JAMES
STEPHEN L. ROE
SUSAN HOLLY
JUDITH A. DAVIDSON
K. Phillip Knierim, Esquire
(Same as A-5 Plaintiffs)

PEAT, MARWICK, MITCHELL & CO.
JAMES D. BLANTON
C. DEAN YORK
William E. Hegarty, Esquire
Cahill, Gordon & Reindel
80 Pine Street
New York, New York 10005

SUN CAPITAL MANAGEMENT, INC.
DAVID L. WELLS
JAMES J. WHELAN
Robert K. Schraner, Esquire
Miller, Boyko & Bell
110 Juniper Street
San Diego, California 92101

CARL W. SWAN
John K. Villa, Esquire
Williams & Connolly
839 Seventeenth Street, N.W.
Washington, D. C. 20006

RICHARD T. DUNN
Philip F. Horning, Esquire
1800 First City Place
204 North Robinson
Oklahoma City, Oklahoma 73102

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. _____ -- _____

| | |
|---|---|
| ELIZABETH MERRICK COE<br>W. A. ROSS<br>GARY M. COOK<br>RICHARD C. HAUGLAND<br>JERRY RICHARDSON<br>GENE H. SMELSER<br>KEN KENWORTHY<br>JAMES G. RANDOLPH<br>David T. Hedges, Jr., Esquire<br>Vinson & Elkins<br>3000 First City Tower<br>Houston, Texas  77002<br><br>FIRST PENN CORPORATION (No App. Rec'd)<br>Kenneth L. Spears, Esquire<br>714 Park Harvey Center<br>200 N. Harvey<br>Oklahoma City, Oklahoma  73102<br><br>FDIC as receiver for<br>PENN SQUARE BANK<br>Ronald N. Ricketts, Esquire<br>Gable & Gotwals, Inc. 20th Fl.<br>4th National Bank Bldg.<br>Tulsa, Oklahoma  74119<br><br>BILL P. JENNINGS<br>Charles C. Green, Esquire<br>Turner, Turner, Green & Braun<br>1319 Classen Drive<br>Oklahoma City, Oklahoma  73103<br><br>FRANK L. MURPHY<br>Harold M. Durall, Esquire<br>1220 United Founders Tower<br>Oklahoma City, Oklahoma  73112<br><br>ELDON L. BELLER<br>Richard B. Talley, Esquire<br>Talley, Perrine & Smith<br>219 East Main<br>Norman, Oklahoma  73069<br><br>WILLIAM G. PATTERSON<br>Warren F. Bickford IV, Esquire<br>Fellers, Snider, Blankenship<br>24th Floor, First National Center<br>Oklahoma City, Oklahoma  73102 | JOHN R. PRESTON<br>John Goodman, Esquire<br>301 North Harvey, Suite 210<br>Oklahoma City, Oklahoma  73102<br><br>RONALD H. BURKS<br>Andrew B. Weissman, Esquire<br>Wilmer, Cutler & Pickering<br>1666 K Street, N.W.<br>Washington, D. C.  20006<br><br>C. F. "TAG" KIMBERLING<br>Gary R. Underwood, Esquire<br>Jamestown Office Park<br>Suite 200-W<br>3037 N. W. 63rd Street<br>Oklahoma City, Oklahoma 73116<br><br>MARVIN K. MARGO<br>George F. Short, Esquire<br>Short, Barnes, Wiggins, Margo,<br>  Adler & Worten<br>1800 Liberty Tower<br>Oklahoma City, Oklahoma  73102<br><br>BILL STUBBS<br>James A. Kirk, Esquire<br>Kirk & Channey<br>1300 Midland Center<br>134 Robert S. Kerr Avenue<br>Oklahoma City, Oklahoma  73102<br><br>FIRST UNITED FUND<br>Michael L. Bardrick, Esquire<br>Baker, Baker & Smith<br>2140 Liberty Tower<br>Oklahoma City, Oklahoma  73102<br><br>H. MEAD NORTON<br>Stephen P. Friot, Esquire<br>Spradling, Alpern, Friot & Gum<br>Suite 700<br>101 Park Avenue<br>Oklahoma City, Oklahoma  73102<br><br>J. C. CRAVENS (No App. Rec'd)<br>Laurel S. Terry, Esquire<br>Stoel, Rives, Boley, Fraser &<br>Wyse<br>900 S.W. 5th Avenue<br>Portland, Oregon  97204 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 578 -- In re Penn Square Bank Certificate of Deposit Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Professional Asset Management, Inc. | A-1, A-3, 4 |
| William Goldsmith | A-1, 3 |
| Judith Davidson | A-1 |
| Sun Capital Management, Inc. | A-2 |
| David L. Wells | A-2 |
| James J. Whelan | A-2 |
| Robert W. Nees | A-2 |
| Susan Holly | A-2 |
| James C. Chaffee | A-2, 3 |
| Roland P. James | A-2, 3 |
| Steven L. Roe | A-2, 3 |

p. 2

| | |
|---|---|
| Peat, Marwick, Mitchell & Co. | A-2, 3 |
| Penn Square Bank, N.A. | A-5, A-6 |
| First Penn Corp. | A-5 |
| Federal Deposit Insurance Corp. | A-5 |
| Dean York | A-5 |
| Bill P. Jennings | A-5 |
| Frank L. Murphy | A-5 |
| Eldon L. Beller | A-5 |
| Bill G. Patterson | A-5 |
| Richardson T. Dunn | A-5 |
| John R. Preston | A-5 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 578 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ronald H. Burks | A-5 |
| Elizabeth Merrick Coe | A-5 |
| Gary M. Cook | A-5 |
| J.C. Cravens | A-5 |
| Richard C. Haughland | A-5 |
| Ken L. Kenworthy | A-5 |
| C.F. "Tag" Kimberling | A-5 |
| Marvin K. Margo | A-5 |
| H. Mead Norton | A-5 |
| James G. Randolph | A-5 |
| Jerry Richardson | A-5 |

p. _____

| | |
|---|---|
| "Dubb" Ross | A-5 |
| Gene Smelser | A-5 |
| Bill Stubbs | A-5 |
| Carl W. Swan | A-5 |
| First United Fund | A-5 |
| | |
| | |
| | |
| | |
| | |
| | |