JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 22 1984

PATRICIA D. ...
CLERK OF THE PA...

DOCKET NO. 578

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PENN SQUARE BANK CERTIFICATE OF DEPOSIT LITIGATION

ORDER DEEMING MOTION WITHDRAWN

    This matter is before the Panel pursuant to a motion by Professional Asset Management, Inc. under 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A in the Western District of Oklahoma for coordinated or consolidated pretrial proceedings.  In light of the ensuing dismissal of the Oregon action, movant now desires to withdraw its motion.

    IT IS THEREFORE ORDERED that movant's request to withdraw the motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-578 -- <u>In re Penn Square Bank Certificate of Deposit Litigation</u>

<u>Western District of Oklahoma</u>

<u>Maxwell-Gunter Federal Credit Union v. professional Asset Managment Inc., et al.</u>, C.A. No. 83-3117

<u>Professional Asset Management, Inc. v. Penn Square Bank, N.A., et al.</u>, C.A. No. Civ-82-1357-W

<u>Jax Navy Federal Credit Union, et al. v. Penn Square Bank, N.A., et al.</u>, C.A. No. Civ-83-1583-T

<u>District of Oregon</u>

<u>Wood Products Credit Union v. Professional Asset Management, Inc., et al.</u>, C.A. No. 83-6329-E